JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIEL C. R., | CASE NO. CV 20-10376 AGR |
| Plaintiff, | |
| vs. | JUDGMENT |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff. The decision of the Commissioner is reversed in part and the matter is remanded for further proceedings for the period beginning February 1, 2019.

DATED: October 21, 2022

ALICIA G. ROSENBERG
United States Magistrate Judge